UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Patsy Lee Martens
George Allen Martens
Jacob-Franz: Dyck, Trustee
 of Netanya Trust

vs.                                    CIVIL ACTION NO. 1:06CV01632
                                       Judge: EMMET G. SULLIVAN

JUDGE RUSSELL STEELE, ET AL

### AFFIDAVIT OF SERVICE

I, Patsy Lee Martens, hereby declare that on the 22nd day of September, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to RUSSELL STEELE. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* | B. Date of Delivery<br>9-25-06 |
| | C. Signature<br>X *Tonya Lutz* | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br>Russell Steele<br>Adair Co Courthouse<br>Kirksville, MO<br>63501 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:       ☐ No | |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)* | ☐ Yes |
| 2. Article Number *(Copy from service)* | 7006 0100 0003 3530 5186 | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-00-M-0952 |

*Patsy Lee Martens*
Patsy Lee Martens
32316 Twin Oaks Lane
Brashear, Missouri 63533   Ph.660-323-5560