UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
OCT 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Patsy Lee Martens
George Allen Martens
Jacob-Franz: Dyck, Trustee
  Of Netanya Trust

    Plaintiffs

    V.                                             Case #1:06CV01632EGS

RUSSELL STEELE

    RESPONDENT (DEFENDANT)

---

TEMPORARY RESTRAINING ORDER Rule 65a
AND PRELIMINARY INJUNCTION Rule 65b

---

Affidavit

We, Patsy Lee Martens, George Allen Martens and Jacob-Franz: Dyck, are competent to testify and make this affidavit as a follower of the Messiah, In the laws of the Almighty Supreme Creator, first and foremost and the laws of Man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12 [C.I.R. v. Ferguson USCA 90-1430], let our yeas be yeas and our nays nays, as supported by your Federal law 97-280, 96 Stat. 1211. We have personal knowledge of the matters stated herein and hereby asseverate understanding the liabilities presented in your <u>Briscoe v. Lahue 46 U.S. 325.</u>

Injunction

A court order prohibiting someone from doing some specific act or commanding someone to undo some wrong or injury. A probative, equitable remedy issued or granted by a court at the suit of a party complaining, directed to a party defendant in the action, or to a party made a defendant for the purpose, forbidding the latter from doing some act which he is threatening or attempting to commit; or restraining him in the continuance therefore, such act being unjust and inequitable, injurious to the plaintiff, and not such as can be adequately redressed by an action at law. A judicial process operating in personam and requiring person to whom it is directed to do or refrain from doing a particular act.

An injunction is a writ framed according to the circumstances of the case commanding an act which the court regards as essential to justice, or restraining an act which it esteems contrary to equity and good conscience.

An injunction is a judicial order whereby a person is required to do, or to refrain from doing, certain acts. In more detail, an injunction is a writ framed according to the circumstances of the case commanding an act which the court regards as essential to justice, or restraining an act which it esteems contrary to equity and good conscience.

The function or purpose of an injunction is to restrain action or interference of some kinds, to furnish preventive relief against irreparable mischief or injury....

### Preliminary Injunction

An injunction granted at the institution of a suit, to restrain the defendant from doing or continuing some act, the right to which is in dispute, and which may either be discharged or made perpetual, according to the results of the controversy as soon as the rights of the parties are determined.

### Temporary Restraining Order

A preliminary or provisional injunction, or one granted pendent elite; as opposed to a final or perpetual injunction. A provisional remedy to preserve subject matter of controversy pending trial. It is one which operates until dissolved by interlocutory order or until final hearing on matter.

### Preliminary, Temporary, or Interlocutory Injunction

A preliminary or temporary injunction is a provisional remedy granted before a hearing on the merits to preserve the subject in controversy in its then existing condition.

### Injure

To violate the legal right of another or inflict an actionable wrong. To do harm to, damages, or impair. To hurt or wound, as the person; to impair the soundness of, as health; to damage. As applied to a building, "injure means to materially impair or destroy and part of the existing structure to take persons.

### Injury

3

Any wrong or damage done to another, either in his person, rights, reputation, or property. The invasion of any legally protected interest of another.

### Irreparable Injury

This phrase does not mean such an injury as is beyond the possibility of repair, or beyond possible compensation in damages, or necessarily great damage, but includes an injury, whether great or small, which ought not to be submitted to, on the one hand, or inflicted, on the other; and which, because it is so large or so small, or is of such constant and frequent occurrence, or because no certain pecuniary standard exists for the measurement of damages, cannot receive reasonable redress in a court of law. Wrongs of a repeated and continuing character, on which occasion damages that are estimated only by conjecture, and not by any accurate standard are included. <u>The remedy for such is commonly</u> in the <u>nature of injunctive relief</u>. "Irreparable injury" justifying an injunction is that which cannot be adequately compensated in damages or for which damages cannot be compensated in money.

### Personal Injury

In a narrow sense, a hurt or damage done to a mans person, such as a cut or bruise, a broken limb, or the like, as distinguished from an injury to his property or his reputation. But the term is also used in a much wider sense, and as including any injury which is an invasion of personal rights, and in this signification it may include such injuries to the person as liable or slander, <u>criminal conversion, malicious prosecution,</u>

<u>false imprisonment</u>, and <u>mental suffering</u>.

Injury is not fully compensable by money damages so as to be irreparable for purposes of injunction if nature of plaintiff's loss makes damages difficult to calculate. Damages remedy, is adequate if it would come to late to save business, or if nature of plaintiff's loss makes damages very difficult to calculate.

The purpose of a preliminary injunction is to protect against material injury pending the litigation. A preliminary or temporary injunction seeks to prevent the doing of any act whereby a right in dispute may be materially injured or endangered; and to cease all continued abuse of rights.

### Ineffectual judgment

The primary purpose and office of a temporary injunction or preliminary injunction is to preserve the status quo of the subject matter of the suit against any act of the party which would tend to render the final judgment in the case ineffectual, and without which an effectual final judgment cannot be rendered. If property is gone and destroyed the judgment made by this court will be ineffectual making this case no more than an empty bucket at a fire.

### Case Law

The balance of convenience in seeking to maintain the status quo is often of great weight in determining whether a temporary injunction should be granted. For plaintiff to be entitled to a preliminary or temporary injunction, the balance of hardships or convenience must favor plaintiff's position. <u>Yakus v. U.S. Mass.64 S. Ct. 660.</u>

Where it is shown that the refusal of the injunction would cause plaintiff great inconvenience and injury, and that the granting thereof would result in but little injury or inconvenience to defendant, the court will ordinarily grant the injunction, although plaintiff's right may be doubtful or not clearly established. <u>Gerity v. Cable Funding Corp., D.C. Del., 372 F. Supp.</u>

Irreparable injury which will result from a trespass is a sufficient ground for the interference of equity by injunction. <u>Wiles v. Wiles, 58 S.E. 2d 601, 134 W.Va. 81.</u>

Injunction is granted in such cases in order either that property may still remain subject to orders of court or that some wrongful act that would tend to render court's final judgment ineffectual may be prevented. <u>Rogers v. Daniel Oil & Royalty Co., Civ. App., 105 S.W. 2d 476, affirmed 110 S.W.2d 891, 130 Tex. 386.</u>

Prayer

George and Patsy Martens have lived on the property for 28 years and have totally paid for the property. They have made many improvements so that the farm is one of the prettiest and well managed farms in the area. Over the years they have added buildings. They have a large pond that serves as a relaxing fishing place as well as water for the horses. There is also a large orchard and grape arbor as well as nut trees and berry patches. The Martens have spent all their savings over the last two years fighting the issues in state court. This was to no avail because their rights were not sustained by the state court. They have no place to go and very little money to go anyway. It would be a travesty to justice to have the Martens removed from they property. They must be allowed to have discovery; thereby, see an accounting of the books. There books show

an over payment. They demanded a trial by jury but were refused and a summary judgment was made without their knowledge or any of their evidence allowed to be presented. The property in a Pure Trust during all this time and no credence was given to that fact.

I respectfully request a temporary injunction be issued during which time a hearing for a Preliminary injunction can be submitted and heard by the court, with a decision for a preliminary injunction and final order of this court can be meaningful.

The temporary order to include:

1) Stay on RUSSELL STEELE order.

2) For the sheriff to not move property or replace all property moved.

3) For the Martens to stay on the property until this matter is resolved in this court.

I am not an expert in the law; however, I know right from wrong. If there is any human being damaged by any statement herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendments to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this affidavit, please advise me in written affidavit form within the allotted time (21 days) from receipt hereof providing me with your counter affidavit by all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this affidavit statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father through the power and authority of the blood of his Son be done on earth as it is in Heaven.

Service to the agent is service to the principle; Service to the principle is service to the agent. Further sayeth affiant not.

Date: October 19, 2006

_Patsy Lee Martens_
Patsy Lee Martens

_George Allen Martens_
George Allen Martens

_by: Jacob-Franz: Dyck_
Jacob/Franz: Dyck