# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Patsy Lee Martens
George Allen Martens
Jacob-Franz: Dyck, Trustee
  Of Netanya Trust

     Plaintiffs

        V.                        Case #1:06CV01632EGS

RUSSELL STEELE

     RESPONDENT (DEFENDANT)

---

## TEMPORARY RESTRAINING ORDER Rule 65a
## AND PRELIMINARY INJUNCTION Rule 65b

---

### Affidavit

We, Patsy Lee Martens, George Allen Martens and Jacob-Franz: Dyck, are competent to testify and make this affidavit as a follower of the Messiah, In the laws of the Almighty Supreme Creator, first and foremost and the laws of Man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12 [C.I.R. v. Ferguson USCA 90-1430], let our yeas be yeas and our nays nays, as supported by your Federal law97-280,96 Stat. 1211. We have personal knowledge of the matters stated herein and hereby asseverate understanding the liabilities presented in your Briscoe v. Lahue 46 U.S. 325.

## BRIEF ON FRAUD

**False Statement**   (B.L.D. 6th) – Statement knowingly false, made recklessly without honest belief in its truth, and with purpose to mislead or deceive.  **Third National Bank v. Schatten,** C.L.A. Tenn. 81 F.2d 538, 540.  The federal criminal statute governing false statements applies to three distinct offenses:  **falsifying, concealing,** or **covering up a material fact** by any trick, scheme or device; making false fictitious or fraudulent statements or representation; and making or using any false document or writing.  18 U.S.C.A. 1001.

**Mail & Wire Fraud**  (B.L.D. 6th) – Criminal offense of using mail or interstate wires to create or in furtherance of a scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses.  18 U.S.C.A. 1341, 1343.

**B.L.D. 7th** – Covers an act of using the **U.S. Postal Service** as in making false representation, through the mail to obtain an economic advantage.  18 U.S.C.A. 1341-1347.

**Frauds, Statutes Of** – This is the common designation of a very celebrated English statute (29 car, III, c.3) passed in 1677, which has been adopted, in a more or less modified form, in nearly all of the United States.  Its chief characteristic is the provision that no suit or action shall be maintained on certain classes of contracts or engagements unless there shall be a note or memorandum thereof in writing signed by the party to be charged or by his authorized agent (e.g., contracts for the sale of goods priced at $500.00 or more; contracts for the sale of land; contracts which cannot, "by their terms be performed within a year; and contracts

1

to guarantee the debt of another). Its object was to close the door to the numerous frauds and perjuries. It is more fully named as the "statute of frauds and perjuries". U.C.C. 2-201 provides that a contract for the sale of goods for the price of $500.00 or more is not enforceable by way of action or defense unless there is some writing sufficient to indicate that a contract for sale has been made between the parties and signed by the party against whom enforcement is sought or by his authorized agent or broker.

False Arrest – An arrest made without proper legal authority. A species of false imprisonment, consisting of the detention of a person without his or her consent and without lawful authority. Reams v. City of Tucson, App. 145 Ariz. 340, 701 P. 2d 598, 601. Such arrest consists in unlawful restraint of an individual's personal liberty or freedom of locomotion. Johnson v. Jackson, 43 111. App 2d 251, 193 N.E. 2d 485, 489. An arrest without proper legal authority is a false arrest and because an arrest restrains the liberty of a person it is also false imprisonment. The gist of the tort is protection of the personal interest in freedom from restraint of movement. Neither ill will nor malice are elements of the tort, but if these elements are shown, punitive damages may be awarded in addition to compensatory or nominal damages.

Falsus in uno, falsus in omnibus – False in one thing, false in everything. Dawson v. Bertolini, 70 R.E. 325, 38 A. 2d 765, 768. It is particularly applied to the testimony of a witness who, if he is shown to have sworn falsely in one detail, may be considered unworthy of belief as to all the rest of his evidence.

**False and Fraudulent, (B.L.D. 6th)** – To amount to actionable "false and fraudulent representation", they must have been as to existing fact or known by one making them, from his superior knowledge, to have been untrue when made. **Burlinson v. Weis,** Mo. App. 1525. W. 2d 201, 203.

**False Answers** – In pleading, a sham answer; one which is false in the sense of being a mere pretense set up in bad faith and without color of fact. Such answer may be ordered stricken on motion.

**False** – The word "false" has two distinct and well-recognized meanings: (1) intentionally or knowingly or negligently untrue: (2) untrue by mistake or accident or honestly after the exercise of reasonable care. **Metropolitan life Insurance Co. v. Adams,** D.C. App., 37 A. 2d 345, 350. A thing is called "false" when it is done, or made with knowledge, actual or constructive, that it is untrue or illegal, or is said to be done falsely when the meaning is that a party is in fault for its error. A statement (including a statement in a claim or document), is false if it is untrue by the person making it, or causing it to be made.

**Bills of Attainder** – Legislative acts, no matter what their form, that apply to named individuals or to easily ascertainable members of a group in such a way as to inflict punishment on them **without judicial trial.** **United States v. Brown,** 381 U.S. 437, 448-449; **United States v. Lovett,** 328 U.S. 303, 315. An act is a "bill of pains and penalties" when the punishment is less severe; both kinds of punishment fall within the scope of the constitutional prohibition. U.S. Const. Art. I Sec. 9, c13 (as to congress) Art. I Sec. 10 (as to state legislature).

**Perjury** – whoever (1) having taken an oath before a competent tribunal, officer or person, in any case in which a law of the United States authorizes an oath to be administered, that he will testify truly or that any written testimony, declaration, deposition or certificate by him subscribed, is true willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true; or (2) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1747 of Title 28 U.S. Code, willfully subscribes as true any material matter which he does not believe to be true, is guilty of perjury and shall except as otherwise expressly provided by law be fined not more than $200.00 or imprisoned not more than five years or both.  This section is applicable whether the statement is made within or without the United States.

**Scienter** (B.L.D. 6th) – Knowledge by the representing party that the material facts have been falsely represented or omitted with an intent to deceive.  **Myzel v. Fields**, 386 F. 2d 718.  "Scienter" which requires both knowledge of a statement's falsity or reckless indifference to its truth and intent to deceive.  **Venturtech II v. Deliotte and Sells**, 790 F. Supp. 576.

**C.A. 3 (N. J.) 1997** – "Fundamental interests" are those which have their source, explicitly or implicitly, in constitution.  **Alexander v. Whitman**. 114 F. 3d 1392.

**C.A. D.C. 1998** – To show "fundamental miscarriage of justice" excusing procedural default, petitioner must show that constitutional violation has probably resulted in conviction, [adverse action to petitioner].

4

**C.D. Ill. 1996** – Only laws affecting fundamental rights come within the scope of substantive due process, and "fundamental rights" are among those fundamental principles of liberty and justice which lie at the base of all civil and political institutions; fundamental rights are enumerated in constitution or are so fundamental in our society that the state may not unjustly take them away. U.S.C.A. Const. Amend. 14. <u>Rubin v. Ikenberry</u>, 933 F. Supp. 1425. Const. Law 252.5.

**C.A. 10 (Kan.) 1996** – "Fraud on the court" is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements, or perjury; it is thus fraud where the court or a member is corrupted or influenced or influence is attempted, or where a judge has not performed his judicial function, i.e., where the impartial function of the court has been directly corrupted. <u>Weese v. Schukman</u>, 98 F. 3d 542. – Fed. Civ. Proc. 2654.

**C.A. 9 (1998)** – "Fraud on the court" may occur when acts of party prevent his adversary from fully and fairly presenting his case or defense. <u>Abatti v. CIR.</u> , 859 F. 2d 115. – Fed. Civ. Proc. 1654.

**C.A. 5 (La.) 1966** – To establish "fraud on the court" it is necessary to show an unconscionable scheme which is designated to improperly influence the court in its decision; generally speaking, only most egregious misconduct, such as bribery of judge or members of the jury, or fabrication of evidence by party in which an attorney is implicated, will suffice. Fed. Rules of Civil Procedure 60 (b) (3) 28 U.S.C.A. <u>First National Bank of Louiscill v. Ludtig</u>, 96 F. 3d 1554. Fed. Civ. Proc.

5

"Fraud on Court" refers to subcategory of fraud, in which fraud, misrepresentation or other misconduct is committed by court, its personnel or its officers. – In re Tri-Cran, Inc., 98 BR 609 – Fed. Civ. Proc. 2654.

Fraud on Court (B.L.D. 6th) – A scheme to interfere with judicial machinery performing tasks of impartial adjudication, as by preventing the opposing party from fairly representing his case or defense. Finding of fraud on the court is justified only by the most egregious misconduct directed to the court itself as bribery of a judge or jury to fabrication of evidence by counsel and must be supported by clear, unequivocal and convincing evidence. In re: Coordinated Pretrial Proceedings in Antibiotic Antitrust Action. C.A. Minn., 538 F. 2d 180, 195. It consists of a conduct so egregious that it undermines the integrity of the judicial process. Stone v. Stone Alaska, 647 P. 2d 582, 586.

C.A. 1 (Me.) 1990 – Litigant commits "fraud on court" when litigant and attorney concoct some unconscionable scheme calculated to impair court's ability fairly and impartially to adjudicate dispute. – Sandstrom v. Chem Lawn Corp. 904 F. 2d 83. Fed. Civ. Proc. 1741.

Rule 60 Relief From Judgment or Orders

(b) Mistakes; Inadvertence; Excusable neglect; Newly discovered evidence; Fraud; etc. On motion and upon such terms as are just, the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether

heretofore denominated intrinsic or extrinsic) misrepresentation or other misconduct on adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged or a prior judgment upon which it is based has been reversed or otherwise vacated or it is no longer equitable that the judgment should have prospective application or (6) any other reason justifying relief from the operation of the judgment.  The motion shall be made within a reasonable time and for reasons (1), (2), and (3) not more than one year after the judgment, order, or proceeding, was ordered or taken.

C.A. 6 (Ohio) 1993 - "Fraud on the court" consists of conduct:

(1) on part of officers of the court;

(2) that is directed to judicial machinery itself;

(3) that is intentionally false, willfully blind to the truth, or is in reckless disregard for the truth, that is positive averment or is concealment when one is under duty to disclose, that deceives the court.  Demjanjuk v. Petrovsky, 10 F. 3d 338; Rison v. Demjanjuk,  115 S. Ct. 295, 513 U.S. 914. Fed. Civ. Proc. 2654.

C.A. 1 (Mass.) 1989 – Federal District Court can order dismissal or default where litigant has stooped to level of fraud on the court.  Aoude v. Mobil Oil Corp., 892 F. 2d 1115.

HN 4 – Federal Courts – Federal District Court possesses inherent power to deny court's processes to one who defiles judicial system by committing fraud on court. Ibid. 1115.

**HN 5 – Federal Civil Procedure** – "Fraud on Court" upon which dismissal of action can be based, occurs where it can be demonstrated, clearly and convincingly, that party has sentiently set in motion some unconscionable scheme calculated to interfere with the judicial system's ability impartially to adjudicate matter by improperly influencing trier or unfairly hampering presentation of opposing party's claim or defense. Ibid 1115.

**D. Conn. 1996** – "Fraud by nondisclosure" involves failure to make full and fair disclosure of known facts regarding matter about which party assumes to speak. **Amatulli v. People's Bank,** 917 F. Supp. 895.

**Tenn. App. 1979** – In order to maintain successful cause of action for "fraudulent misrepresentation" there must be proof of false representation of existing or past material facts, which false representation must have been made knowingly, without belief in its truth, or recklessly, and some person must have reasonably relied upon it and suffered some damages as result of such reliance. **Graham v. First American National Bank,** 594 S.W. 2d 723. **Fraud in the inducement** – Fraud occurring when a misrepresentation lends another to enter into a transaction with a false impression of the risk, duties, or obligations involved, an intentional misrepresentation of a material risk or duty reasonably relied on; thereby injuring the other party without vitiating the contract itself. **Fraud in the factum** – Fraud occurring when a legal instrument as actually executed differs from the one intended for execution by the person who executes it, or when the instrument may have had no legal existence.

**N.D. Ohio 1996** – "Fraudulent inducement" is valid basis for finding contract void ab initio, and ordering recession.  **Ferro Corp. v. Garrison Industries, Inc.,** 927 F. Supp. 234.

**Action void ab initio** – action void from its beginning.

**Fraud (B.L.D. 6th)** – An intentional perversion of truth for the purpose of inducing another in reliance upon it to part with some valuable thing belonging to him or to surrender a legal right.  A false representation of a matter of fact, whether by words or by conduct, by false or misleading allegations, or by concealment of that which should have been disclosed, which deceives and is intended to deceive another, so that he shall act upon it to his legal injury.

**Webster's Third International Dictionary 1986**

Fraud – 1a:  an instance or an act of trickery or deceit esp. when involving misrepresentation 3:  the condition of being defrauded or deguiled.

**C.A. (Ill.) 1994** – "Fraud" is concealment of material facts;

**C.A. (Ill.) 1992** – Generally "fraud" which renders court orders void, implies some sort of knowledge that statements being made are false.

**C.A. 5 (Tex.)** – Elements of fraud include the following:

(1)  misstatement or omission;

(2)  of material facts;

(3)  made with intent to defraud;

(4)  on which the plaintiff relied; and

(5)  which proximately causes the plaintiff injury.

**Williams v. WMX Technologies, Inc.,** 112 F. 3d 175.

**Tenn. Digest** – A bill to enjoin the levy of execution on the ground of fraud is sufficient if it sets out the facts, though it is not specific in charging fraud. **Wesssell v. Sharp,** 39 S.W. 543.

**Intent** (D.C. Tenn. 1956) – Generally, fraudulent intent or equivalent thereof is an essential element of fraud, and such intent may be established by circumstance. **Cumberland Portland Cement Co. v. R.F.C.** 140 F. Supp. 793, affirmed 232 F. 2d 930.

**Tenn. App. 1968** – The intention to defraud may be proven by acts, conduct and circumstance or by silence of one upon whom it is incumbent to speak concerning material matters which are entirely within his own knowledge. **Vila v. Beach,** 442 S.W. 2d 644. 59 Tenn. App. 547.

**S.D. Miss.** – Under Mississippi law "fraud" involves knowing and intentional misrepresentation of material fact which causes party reasonably and justifiably to rely on that misrepresentation and suffer injuries as a consequence. **Black v. Carey Canada, Inc.** 791 F. Supp. 1120. Fraud 3.

**S.D. Ind. 1993** - "Fraud" is any cunning, artifice or device used to cheat or deceive another. **Fuller Mortg. Assoc., Inc. v. Keegan**, 829 F. Supp. 1507.

**D. Mass. 1995** - "Fraud" entails intentional misrepresentation of material fact. **AT&T Co. v. IMR Capital Corp.,** 888 F. Supp. 221.

**Tenn. 1983** – Basic rule prescribing the measure of damages for fraud is that the injured party should be compensated for the actual injuries sustained by placing him or her in the same position that he or she would have occupied had the injury not occurred. **Blasingame v. American Materials, Inc.** 654 S.W. 659.

**Collateral Attack** (B.L.D. 6th) – An attack on a judgment in any matter other than by action or proceeding, whose very purpose is to impeach or overturn the judgment; or state affirmatively, a collateral attack on a judgment is an attack made by or in an action or proceeding that has an independent purpose other than impeaching or overturning the judgment.  <u>Travis v. Travis Estate</u>, 79 Wyo. 329, 334 P. 2d 508.  With respect to a judicial proceeding an attempt to void, defeat, or evade, or deny its force and effect, in some incidental proceeding not provided by law for the express purpose of attacking it.  <u>May v. Caster</u>, 184 OK. 448, 110 P. 2d 287.

<u>Direct Attack</u> on a judgment or decree is an attempt, for sufficient cause, to have it annulled, reversed, vacated , corrected, declared void or enjoined in a proceeding instituted for that specific purpose, such as an appeal, writ of error, bill of review, or injunction to restrain its execution; distinguished from a collateral attack, which is an attempt to impeach the validity or binding force of the judgment or decree as a side issue or in a proceeding instituted for some other purpose.  <u>Ernell v. O'Fiel, Texas</u>, Civ. App. 4415 S.W. 2d 653.

<u>Collateral Order Doctrine</u>

<u>U.S. Ca. 1987</u> – "Collateral order doctrine" recognizes that limited class of prejudgments orders are sufficiently important and sufficiently separate from underlying dispute that immediate appeals should be available; to qualify as a "collateral order" decision must conclusively determine disputed question, resolve important issue completely separate from merits of action and be effectively unreviewable on appeal from final judgment.  28 U.S.C.A. Sec. U.S. 370, 94 L.Ed.2d 389 – Fed. Cts. 572.1

**Cohen Doctrine** – The final avenue of appeal is the collateral order doctrine, established in **Cohen v. Beneficial Indus. Loan Corp.,** 377 U.S. 541 (1949).  The Supreme Court has said that orders entitled to Cohen appeals must:

(1)  conclusively determine the disputed question;

(2)  resolve an important issue completely separate from the merits of the action; and

(3)  be effectively unreviewable on appeal from final judgment.

**Cooper & Lybrand v. Livasay**, 437 U.S. 463, 98 S. Ct. 245, 57 L.Ed. 2d 351 (1978).

## FACTS OF FRAUD

This is a most egregious scheme to defraud George and Patsy Martens of a life long dream of retiring on the farm that they spent 28 years of their life building, pruning, growing and grooming to the point where it is one of the best and proudest in the county.   **Three lending institutions,** claiming the property; **circuit judge,** violating the Martens rights; **a sheriff,** secretively selling the property without a public sale or accounting for the money; a **recorder of deeds,** with a void judgment, a void sale, transfers the property to one of the claimants of the property and a Real Estate broker who is selling the property.  The property was, is, and forever will be in a pure trust organization belonging to the beneficiaries in the Trustees name with Patsy and George Martens, the Grantors,  having a lifelong living and use thereof.

I, Jacob-Franz: Dyck, am the Trustee of **Netanya Trust,** an

irrevocable, common law, contract pure trust organization having absolutely no adhesions to corporate or statutory privileges.

The Martens borrowed money on the property from Intervale Mortgage, with only Patsy Martens signing on the Promissory Note. The Independent Mortgage Servicer demanded and received George's signature on the Deed of Trust. Sometime later the Martens wrote the Trustee of the Deed of Trust requesting a release from the Deed of Trust. The Trustee wrote back stating that he had no knowledge of the Deed of Trust, he did not know the Martens, and that he was not a party to that instrument. That makes the Deed of Trust void ab initio and all proceedings resulting there from. The Mortgage Company did not respond to the Martens when they questioned the validity of the Deed of Trust and were told to continue paying on the note. The Martens tendered the promissory note completely. When the Martens told the Mortgage company that the note was paid in full they sold the promissory note to Countrywide Home Loans who sued the Martens. The Martens requested discovery but were denied. They requested the initial (original) Promissory Note to be brought forward and the judge denied the request. They requested a Trial by Jury and the judge denied the request. I, Jacob-Franz: Dyck, requested a transcript of the hearing of October 17, 2005, and the court recorder stated "the judge ordered me not to keep the minutes since no evidence was presented only oral argument was brought into the hearing." The judgment rendered by RUSSELL STEELE on December 29, 2005 is void by Rule 60 (b) Fraud, and Rule 9.   RUSSELL STEELE then becomes "no judge" for violating his

13

Oath of Office as stated in this case and all action he purports on <u>any</u> ruling has no efficacy. The Sheriff carried out a void judgment and the sale has no efficacy.

As stated in the Brief, Fraud on the court was committed by the judge, clerk, and court recorder by continuing the conspiracy of larceny and stealing by the Mortgage Servicers and carried through by the sheriff by the eviction of the Martens. Although I hold the Warranty Deed, I was never named on any document yet the Sheriff has threatened to arrest me, its owner. I spent numerous years in the service of my country. My father spent his life in the development, improvement and maintenance of the ICBM program and did so to his death. My Uncle and Grandfather died defending freedom and justice of the Christian beliefs of our Bill of Rights guarantying rights of religion, discovery in legal conflicts, and Trial <u>by</u> Jury, of our peers.

<u>Furthermore</u>; this property has a <u>Federal Land Patent</u> on it held by the Martens after doing their due diligence on the property. They were given the Land Patent from the Federal Land Patent office which was awarded initially through military service to this country. This government operates by the Constitutions, State and Federal, and the approval of such by <u>We The People</u>. I will not allow legal immoralists, having no allegiance to the United States of America, carry on a travesty of justice through fraud, conspiracy to commit fraud, larceny, stealing with no religious (of any type) scruples by the privileges granted to them by <u>We The People</u>. This type of egregious action must be stamped out at its beginning. Proper punishment must be rendered by this District Court as is proper and just; otherwise lady justice with a blindfold and scales is <u>peeking.</u>

I thereby demand a Temporary Restraining Order (allowing the opposition to contradict all the above within their ten day rights) at which point the temporary restraining order will become a Preliminary Restraining order to the completion of trial or the default there of.

I am not an expert in the law; however, I know right from wrong. If there is any human being damaged by any statement herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendments to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this affidavit, please advise me in written affidavit form within the allotted time (21 days) from receipt hereof providing me with your counter affidavit by all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this affidavit statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father through the power and authority of the blood of his Son be done on earth as it is in Heaven.


**"Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left**

**unanswered would be intentionally misleading."** U.S. v. Tweel, 550

**F. rd. 297.**

> Service to the agent is service to the principle; Service to the principle is service to the agent. Further sayeth affiant not.

Date: October 23, 2006

Jacob-Franz: Dyck
3000 Green Mountain Drive
100-417
Branson, Missouri 65616
417-230-8978

TEMPORARY RESTRAINING ORDER

On reading and filing the Complaint #1:06CV01632 in this cause and on motion of Petitioners,

IT IS ORDERED that the above-named defendant, RUSSELL STEELE, show cause to this court within ten days (10) of receipt of this order, or as soon after as defendant can be heard, at the US DISTRICT COURT, WASHINGTON DC, 333 Constitution Ave. Room #_____,why this temporary restraining order should not issue during the pendency of the action, according to the request for relief of such in complaint #1:06CV01632; if not heard by this court within 10 days from the defendant, this order will be a temporary restraining order for the remainder of this case or until a permanent injunction be ordered by this court.

It is further ordered that plaintiff cause a copy of this order, together with a copy of the complaint to be served on defendant at least _____days before the day of hearing; and

It is further ordered that in the meantime and until the further order of the court, defendant desist and refrain from taking possession of property and return if any taken by sheriff or other person or persons to its original place.

Dated: _____2006


_____
Signature of Judge


_____
Signature of Clerk of Court