**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                   )
PATSY LEE MARTENS, *et al.*,       )
                                   )
            Plaintiffs,            )
                                   )
     v.                            ) Civil Action No. 06-1632 (EGS)
                                   )
RUSSELL STEELE,                    )
                                   )
            Defendant.             )
_____)

**O R D E R**

Upon consideration of plaintiffs' complaint and initial review of the temporary restraining order, the Court concludes that venue is inappropriate. Plaintiff provides no basis in fact or law for why this Court is an appropriate venue.

Therefore, it is hereby **ORDERED**, *sua sponte*, that this case is hereby **TRANSFERRED FORTHWITH** to the United States District Court for the Eastern District of Missouri, pursuant to 28 U.S.C. § 1406, for resolution of the temporary restraining order and any outstanding motions. This order is without prejudice to the filing of a motion for reconsideration upon a showing of good cause for why venue in this Court is appropriate. Plaintiffs' motion for reconsideration, if any, shall be filed no later than November 1, 2006.

It is **FURTHER ORDERED** that the Clerk of the Court for the

United States District Court for the District of Columbia shall not transfer any files for this case until final resolution of any motion for reconsideration by this Court.

**IT IS SO ORDERED.**


**Signed:    EMMET G. SULLIVAN
            UNITED STATES DISTRICT JUDGE
            October 24, 2006**