UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COMUMBIA

RECEIVED

NOV 0 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Patsy Lee Martens
George Allen Martens
Jacob-Franz: Dyck, Trustee
   Of Netanya Trust

    Plaintiffs

      V.

    Case #1:06CV01632EGS

RUSSELL STEELE

    DEFENDANTS

---

## MORE TIME

---

### Affidavit

We, Patsy Lee Martens, George Allen Martens and Jacob-Franz: Dyck, are competent to testify and make this affidavit as a follower of the Messiah, In the laws of the Almighty Supreme Creator, first and foremost and the laws of Man when they are nit in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12 [C.I.R. v. Ferguson USCA 90-1430], let our yeas be yeas and our nays nay, as supported by your Federal law 97-280, 96 Stat. 1211. We have personal knowledge of the matters stated herein and hereby asseverate understanding the liabilities presented in your Briscoe V. Lahue 46 U.S. 325.

This is a request for more time. We were on our way to Washington DC when we received a call that a response had arrived at our home. It was mailed on October 25, 2006 and arrived October 30. It requested a response by November 1, 2006 which is an impossible time limit for us to respond to. Please give us until November 25, 2006 to respond.

Dated: November 1, 2006

Patsy Lee Martens

George Allen Martens

Jacob Franz: Dyck

PATSy Lee MARTeNS
32316 TWiN OAKS LN
BRASHEAR, MO 63533

JACOB-FRANZ: DyCK
100-417
3000 GReeN MT. DR,
BRANSON, MO 65616