UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

NOV 0 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Patsy Lee Martens
32316 Twin Oaks Lane
Brashear, MO 63533

    Plaintiff

Case # 1:06CV01632 EGS

v

RUSSELL STEELE
ADAIR CO COURTHOUSE
KIRKSVILLE, MO 63501

---

### Certificate of Service

---

Notice to Principal is Notice to Agent and Notice to Agent is Notice to Principal.

This is to certify that on the 6th day of November 2006, I did cause the "Need for More Time" to be sent to RUSSELL STEELE by U.S. Postal mail, addressed to the above at Adair County Courthouse, Kirksville, MO 63501.

                                                Patsy Martens
                                                Authorized Representative
                                                Without Recourse