UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
NOV 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Patsy Lee Martens
George Allen Martens
Jacob-Franz: Dyck, Trustee
  Of Netanya Trust

    Relator (Plaintiff)

V.                                                              Case # 1:06CV01632

RUSSELL STEELE
ACTING AS JUDGE FOR ADAIR CO.
CIRCUIT COURT FOR MISSOURI                  TRIAL BY JURY
   JOHN DOE 1-25                                     DEMANDED Rule 38 FRCP
   JANE DOE 1-25

   RESPONDENT (DEFENDANT)

---

## MOTION FOR RECONSIDERATION

---

### Affidavit

We, Patsy Lee Martens, George Allen Martens and Jacob-Franz: Dyck, are competent to testify and make this affidavit as a follower of the Messiah, In the laws of the Almighty Supreme Creator, first and foremost and the laws of Man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12 [C.I.R. v. Ferguson USCA 90-1430], let our yeas be yeas and our nays be nays, as supported by your Federal law 97-280, 96 Stat. 1211. We have personal knowledge of the matters stated herein and hereby asseverate understanding the liabilities presented in your <u>Briscoe v. Lahue 46 U.S. 325.</u>

1

**There are five constitutional rights that were violated by all courts involved. These issues go to the heart of our contract with the government "We the People" created for <u>our</u> benefit, and not those of special interest. One of the courts involved include the U.S. District of Missouri. The main violation is: the courts in the territories are allowed to violate the mandates of our forefathers for the benefit of a few (in which case we must conceive another system). If this is true do we abandon the government judiciary altogether and restart our initial system? The answers to this lie in the intent of the judiciary. If a judge fails to read and respond in a proper manner (as obviously this judge has) we must take this to a higher court or to the Judiciary Committee. I am asking the clerk, Nancy Meyer-Whittington, to move this case to a different judge or I will move this suit under Rule 41 and take it up at a different time.**

**Thank you but no thank you, Mr. Sullivan, you failed to read this case altogether and I cannot allow you to judge without being completely informed.**

**I am not an expert in the law; however, I know right from wrong. If there is any human being damaged by any statement herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendments to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this affidavit, please advise me in written affidavit form within the allotted time (21 days) from receipt hereof providing me with your counter affidavit by all requisite actual evidentiary fact and all requisite actual law, and not merely**

2

the ultimate facts or conclusions of law, that this affidavit statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father through the power and authority of the blood of his Son be done on earth as it is in Heaven.

November 7, 2006

By: Patsy Lee Martens
32316 Twin Oaks Lane
Brashear, Missouri 63533

By: George Allen Martens

**RUSSELL STEELE**
**Adair County Courthouse**
**Kirksville, MO 63501**

By: Jacob-Franz: Dyck
3000 Green Mountain Dr
100-417
Branson, MO 65616

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Patsy Lee Martens
George Allen Martens
Jacob-Franz: Dyck, Trustee
of Netanya Trust

vs.                                             CIVIL ACTION NO. :06CV01632
                                                Judge: EMMET G. SULLIVAN

JUDGE RUSSELL STEELE, ET AL

### AFFIDAVIT OF SERVICE

I, Patsy Lee Martens, hereby declare that on the 8th day of November, 2006, I mailed a copy of the Motion for Reconsideration, regular USPS mail, to RUSSELL STEELE.

Patsy Lee Martens
32316 Twin Oaks Lane
Brashear, Missouri 63533
Ph.660-323-5560