RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2006 NOV 14 AM 8: 15

NANCY M.
MAYER-WHITTINGTON
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Patsy Lee Martens
George Allen Martens
Jacob-Franz: Dyck, Trustee
　Of Netanya Trust

　　Relator (Plaintiff)

V.　　　　　　　　　　　　　　　　　　　Case #1:06CV01632EGS

RUSSELL STEELE

RESPONDENT (DEFENDANT)

---

## VOLUNTARY DISMISSAL UNDER RULE 41

---

### Affidavit

We, Patsy Lee Martens, George Allen Martens and Jacob-Franz: Dyck, are competent to testify and make this affidavit as a follower of the Messiah, In the laws of the Almighty Supreme Creator, first and foremost and the laws of Man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James

5:12 [C.I.R. v. Ferguson USCA 90-1430], let our yeas be yeas and our nays nays, as supported by your Federal law 97-280, 96 Stat. 1211. We have personal knowledge of the matters stated herein and hereby asseverate understanding the liabilities presented in your <u>Briscoe v. Lahue 46 U.S. 325.</u>

    This is a voluntary dismissal under Rule 41 reasons stated in previous filing.

    I am not an expert in the law; however, I know right from wrong. If there is any human being damaged by any statement herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendments to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this affidavit, please advise me in written affidavit form within the allotted time (21 days) from receipt hereof providing me with your counter affidavit by all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this affidavit statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual

declarations herein being established as fact as a matter of law. May the will of our Heavenly Father through the power and authority of the blood of his Son be done on earth as it is in Heaven.

Service to the agent is service to the principle; Service to the principle is service to the agent. Further sayeth affiant not.

Date: November 14, 2006

By: /s/ Jacob-Franz Dyck
Jacob-Franz: Dyck
3000 Green Mountain Dr
Branson, Missouri 65616