UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
PATSY LEE MARTENS, *et al.*,       )
                                   )
            Plaintiffs,            )
                                   )
      v.                           ) Civil Action No. 06-1632 (EGS)
                                   )
RUSSELL STEELE,                    )
                                   )
            Defendant.             )
_____)

### ORDER

In view of plaintiffs' Notice of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that the complaint in the above-captioned matter is **DISMISSED WITHOUT PREJUDICE**; and it is

**FURTHER ORDERED** that plaintiffs' Motion for Preliminary Injunction is **DENIED** as moot; and it is

**FURTHER ORDERED** that plaintiffs' Motion for Reconsideration of the order transferring this case is **DENIED** as moot; and it is

**FURTHER ORDERED** that this case is removed from the active calendar of this Court.

**Signed:**   **EMMET G. SULLIVAN**
              **UNITED STATES DISTRICT JUDGE**
              **November 16, 2006**